In the Matter of the Application of THOMAS F. O'KEEFE, Petitioner, Respondent, for an Order of Mandamus against JAMES E. FINEGAN, as President of the Municipal Civil Service Commission of the City of New York, FERDINAND Q. MORTON and PAUL J. KERN, as Commissioners of the Municipal Civil Service Commission of the City of New York, and FRANK J. TAYLOR, Comptroller of the City of New York, Appellants, S. HOWARD COHEN, as President of the Board of Elections of the City of New York, DAVID B. COSTUMA, WILLIAM J. HEFFERNAN and JACOB A. LIVINGSTON, as Commissioners of the Board of Elections of the City of New York, Defendants, Respondents, and LEO J. McDERMOTT, Director of the Budget of the City of New York, Defendant.— Peremptory mandamus order affirmed, with costs. No opinion. Davis, Johnston, Adel and Close, JJ., concur; Hagarty, J., dissents and votes to reverse the order and to deny the application upon the grounds stated in *Matter of Criss* v. *Finegan* (*ante*, p. 899), decided herewith.